IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE: 10/15/2020

TO: Court Deputy to Judge _Dimick_

FROM: U.S. Marshal Service

SUBJECT: Status Report on Request for U.S.M. 285 Form

_20-4469_      _Slow M Levy_
CIVIL CASE NUMBER      CASE TITLE

☒ INITIAL NOTICE MAILED    _10/15/2020_
                                              DATE

☐ SECOND NOTICE MAILED
                                              DATE

☐ THIRD NOTICE MAILED
                                              DATE

☐ OTHER

_M. Shelinsky_
U S Marshal Service