# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA JOHNSON, MARIE WOSKOLUB, and ANTONIO BOWSER<br><br>  Plaintiffs,<br>vs.<br><br>LEVYLAW, LLC and BART E. LEVY,<br>  Defendants. | CIVIL ACTION<br>No. 20-4469 |

## REQUEST FOR ENTRY OF DEFAULT JUDGEMENT

  By and through the undersigned counsel, Plaintiffs hereby request the Clerk to enter a default against Defendants, LevyLaw LLC and Bart E. Levy, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

  The complaint for this matter was filed herein on September 11, 2020 (See Exhibit A) and proper service was made on Defendants on November 19, 2020. (See Exhibit B).

  More than twenty one (21) days have elapsed since Defendants were served, and Defendants have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. (See Exhibit A).

  Accordingly, Plaintiffs request the Clerk to enter a default against Defendants.

                       Respectfully submitted,

Dated: January 11, 2020              /s/ Vikram Patel
                           Vikram Patel, Esq.

Vikram Patel, Esq. (Bar No. 324387)
Community Legal Services
1424 Chestnut Street
Philadelphia, PA 19102
(215) 627-7100
vpatel@clsphila.org

Laura Smith, Esq. (Bar No. 322470)
Community Legal Services
1424 Chestnut Street
Philadelphia, PA 19102
(215) 981-3741
lsmith@clsphila.org

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

SECHANCIA SHAW, DONNA JOHNSON,
MARIE WOSKOLUB, and
ANTONIO BOWSER

    Plaintiffs,

vs.

LEVYLAW, LLC and BART E. LEVY,
    Defendants.

CIVIL ACTION
No. 20-4469

## **EXHIBITS IN SUPPORT OF PLAINTIFFS REQUEST FOR ENTRY OF DEFAULT JUDGEMENT**

- Exhibit A: Docket Report for this matter retrieved from PACER by Vikram Patel on January 11, 2021.
- Exhibit B: Process Receipt and Return from the United States Marshals Service for this matter.

# Exhibit A

ELARB,STANDARD

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:20-cv-04469-RBS

SHAW et al v. LEVYLAW, LLC et al
Assigned to: HONORABLE R. BARCLAY SURRICK
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 09/11/2020
Jury Demand: Plaintiff
Nature of Suit: 480 Other Statutes: Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**SECHANCIA SHAW**	represented by	**VIKRAM A. PATEL**
COMMUNITY LEGAL SERVICES
1424 CHESTNUT STREET
PHILADELPHIA, PA 19102
215-687-4621
Fax: 215-981-0434
Email: VPatel@clsphila.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LAURA R. SMITH**
COMMUNITY LEGAL SERVICES OF PHILA
1424 CHESTNUT ST
PHILADELPHIA, PA 19102
215-981-3700
Email: lsmith@clsphila.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DONNA JOHNSON**	represented by	**VIKRAM A. PATEL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LAURA R. SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MARIE WOSKOLUB**	represented by	**VIKRAM A. PATEL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LAURA R. SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANTONIO BOWSER** represented by **VIKRAM A. PATEL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LAURA R. SMITH**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LEVYLAW, LLC**

**Defendant**

**BART E. LEVY**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2020 | 1 | COMPLAINT against All Defendants, filed by SECHANCIA SHAW, DONNA JOHNSON, MARIE WOSKOLUB, ANTONIO BOWSER. (Attachments: # 1 Exhibit, # 2 Case Management Track Form, # 3 Designation Form)(PATEL, VIKRAM) (Additional attachment(s) added on 9/14/2020: # 4 Civil Cover Sheet) (lisad, ). (Entered: 09/11/2020) |
| 09/11/2020 | 2 | MOTION for Leave to Proceed in forma pauperis filed by ANTONIO BOWSER.. (PATEL, VIKRAM) (Entered: 09/11/2020) |
| 09/11/2020 | 3 | MOTION for Leave to Proceed in forma pauperis filed by DONNA JOHNSON.. (PATEL, VIKRAM) Modified on 9/14/2020 (lisad, ). (Entered: 09/11/2020) |
| 09/11/2020 | 4 | MOTION for Leave to Proceed in forma pauperis filed by DONNA JOHNSON.. (PATEL, VIKRAM) *DUPLICATE FILING OF DOC. 3 * Modified on 9/14/2020 (lisad, ). (Entered: 09/11/2020) |
| 09/11/2020 | 5 | MOTION for Leave to Proceed in forma pauperis filed by SECHANCIA SHAW.. (PATEL, VIKRAM) (Entered: 09/11/2020) |
| 09/11/2020 | 6 | MOTION for Leave to Proceed in forma pauperis filed by MARIE WOSKOLUB.. (PATEL, VIKRAM) (Entered: 09/11/2020) |
| 09/11/2020 |   | DEMAND for Trial by Jury by ANTONIO BOWSER, DONNA JOHNSON, SECHANCIA SHAW, MARIE WOSKOLUB. (lisad, ) (Entered: 09/14/2020) |
| 09/11/2020 |   | Case Eligible for Arbitration(lisad, ) (Entered: 09/14/2020) |

| | | | |
|---|---|---|---|
| 09/25/2020 | 7 | NOTICE of Appearance by LAURA R. SMITH on behalf of ANTONIO BOWSER, DONNA JOHNSON, SECHANCIA SHAW, MARIE WOSKOLUB (SMITH, LAURA) (Entered: 09/25/2020) | |
| 10/06/2020 | 8 | ORDERED AS FOLLOWS: PLAINTIFFS ARE GRANTED LEAVE TO PROCEED IN FORMA PAUPERIS. THE COMPLAINT IS TO BE FILED AND SUMMONS IS TO BE ISSUED. THE UNITED STATES MARSHALL FOR THE EASTERN DISTRICT OF PENNSYLVANIA SHALL SERVE THE SUMMONS AND COMPLAINT UPON THE DEFENDANTS AT NO COST TO PLAINTIFFS.. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 10/6/2020.10/6/2020 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 10/06/2020) | |
| 10/06/2020 | | Summons Issued as to BART E. LEVY, LEVYLAW, LLC. Forwarded To: EMAILED TO US MARSHAL on 10/6/2020 (sg, ) (Entered: 10/06/2020) | |
| 10/15/2020 | 9 | Status Report on Request for USM 285 Form (sg, ) (Entered: 10/15/2020) | |
| 10/21/2020 | 10 | CERTIFICATE OF SERVICE by ANTONIO BOWSER, DONNA JOHNSON, SECHANCIA SHAW, MARIE WOSKOLUB re 7 Notice of Appearance (SMITH, LAURA) (Entered: 10/21/2020) | |
| 11/19/2020 | 11 | SUMMONS Returned Executed by SECHANCIA SHAW, DONNA JOHNSON, MARIE WOSKOLUB, ANTONIO BOWSER re: US MARSHAL served Summons and Complaint upon BART E. LEVY, LEVYLAW, LLC by PERSONAL SERVICE. BART E. LEVY served on 11/19/2020, answer due 12/10/2020; LEVYLAW, LLC served on 11/19/2020, answer due 12/10/2020. (sg, ) (Entered: 11/19/2020) | |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/11/2021 12:55:30 | | |
| **PACER Login:** | vikpatel:6523621:0 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 2:20-cv-04469-RBS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# Exhibit B

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Sechancia Shaw et al | 20-4469 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Bart Levy et al | SC |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LEVYLAW, LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1515 MARKET STREET, SUITE 950, PHILADELPHIA, PA 19102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Vikram Patel
1424 Chestnut St
Philadelphia, PA 19102

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Levy Law Office Phone Number: (267) 687-8000

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 215-687-4621
DATE: 11/3/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 66
District to Serve No. 66
Signature of Authorized USMS Deputy or Clerk
Date: 11/5/2020

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Bart Levy

Date: 11/19/20
Time: 9:10 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

Address (complete only different than shown above)

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

Form USM-285
Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Sechancia Shaw et al | 20-4469 |
| DEFENDANT | TYPE OF PROCESS |
| Bart Levy et al | S/C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bart Levy
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1515 MARKET STREET, SUITE 950, PHILADELPHIA, PA 19102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Vikram Patel
1424 Chestnut St
Philadelphia, PA 19102

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Bart Levy Office Phone Number: (267) 687-8000

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 215-687-4621
DATE: 11/3/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No.: 66
District to Serve No.: 66
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 11/5/2020

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Bart Levy
Date: 11/19/20
Time: 9:10 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| A 130.00 | 4.8 R/T x 2  $2.76 | | | | |

REMARKS
11/12/20 1st Endeavor Bart Levy/Levy Law no longer practice out of 1515 Market St. New office is 1500 Market St. (Regus Group) 12th Fl. Left contact to call when Levy returns.

11/19/20 Served to Bart Levy at 1500 Market St. Philadelphia PA

[Received stamp: EASTERN DISTRICT OF PENNSYLVANIA 2020 NOV -5 AM 7:28 RECEIVED UNITED STATES MARSHAL]

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18